IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–33–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| GASPAR FELICIANO SALAS and LISA ELIZABETH CAUDRON, | |
| Defendants. | |

Before the Court is the United States' Motion for Final Order of Forfeiture. (Doc. 99.)  Pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and 881(a)(11), the government sought forfeiture of any property constituting and derived from any proceeds obtained as a result of the commission of the offense, any property used and intended to be used to commit and facilitate commission of the offense, and any firearm used and intended to be used to facilitate the transportation, sale, receipt, possession, and concealment of controlled substances and any proceeds traceable to such property.  (*See* Doc. 22.)

After reviewing the record and the instant motion, the Court makes the following findings:

1

(1)     On August 6, 2020, Defendant Gaspar Feliciano Salas entered pleas of guilty to Counts I, II, and III of the Indictment.  (Docs. 47, 48.)  On May 18, 2021, Defendant Lisa Elizabeth Caudron entered a plea of guilty to Count II of the Indictment.  (Docs. 83, 85.)

(2)     Based on the Defendants' pleas of guilty and their pleas of true to the forfeiture allegation in the Indictment, this Court entered a Preliminary Order of Forfeiture on June 22, 2021.  (Doc. 87.)

(3)     Beginning on February 12, 2022, and ending on March 13, 2022, the United States published on an official government internet site (www.forfeiture.gov) notice of this forfeiture and of the United States' intent to dispose of the property listed below in accordance with federal law, under 21 U.S.C. § 853(n)(1):

- a Walther Arms, 9mm handgun (serial number AX7003); and

- 7 rounds of 9mm ammunition.

(4)     No claims have been made in this case regarding the property, and the United States has advised the Court that it is not aware that any such claims have been made.

Accordingly, IT IS ORDERED that:

(1)     The motion for final order of forfeiture (Doc. 99) is GRANTED.

(2)     Judgment of forfeiture of the following property shall enter in favor of the United States, pursuant to 21 U.S.C. §§ 853 and 881, free from the claims of any other party:

- a Walther Arms, 9mm handgun (serial number AX7003); and

- 7 rounds of 9mm ammunition.

(3)     The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

(4)     The Clerk is directed to send copies of this order to all counsel of record and the Defendants.  The Clerk is further directed to send three certified copies of this order to the United States Marshal and the Bureau of Alcohol, Tobacco, Firearms, and Explosives, attention Philip Swain.

DATED this 19th day of April, 2022.

Dana L. Christensen, District Judge
United States District Court

3